Estate of Charles Baeder, deceased.    Appeal of Emily Baeder Shirk.

Argued Feb. 2, 1897.  Reargued, Jan. 31, 1899.  Appeal, No. 564, Jan. T., 1896, by Emily Baeder Shirk, from decree of O. C. Montgomery Co., Oct. T., 1896, No. 101, overruling exceptions to auditor's report.  Before GREEN, WILLIAMS, MITCHELL, DEAN and FELL, JJ., on argument.  Before STERRETT, C. J., McCOLLUM, MITCHELL, DEAN and FELL, JJ., on reargument. Reversed.

*J. Rodman Paul*, with him *Biddle & Ward*, for appellant.

*Richard C. Dale*, with him *James P. Townsend*, *William Henry Lex* and *George Junkin*, for appellee.

OPINION BY MR. JUSTICE MITCHELL, April 10, 1899:

This case involves the same question and is determined by the decision in Baeder's Estate, Baeder's Appeal, ante, p. 606.

Decree reversed as to appellant, and distribution directed to be amended in accordance with this opinion.